# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>        Plaintiff,<br><br>   v.<br><br>LOPEZ, et al.,<br><br>        Defendants. | Case No.  1:15-cv-00138-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED**<br><br>**(Docs. 32, 39)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

     Plaintiff, Kenneth R. Huskey, a state detainee proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 2, 2015.  This action was screened and Plaintiff was allowed to proceed on his Complaint for his claims for relief under section 1983 (1) against Defendant Lopez for pushing Plaintiff down a flight of stairs in violation of the Fourteenth and Eighth Amendments; and (2) against Defendants King, Walters, and Carter for having knowledge of Defendant Lopez's use of excessive force against aging CSH residents and failing to discipline/reprimand him so as to correct his behavior in deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment upon which Plaintiff agreed to proceed. (Docs. 9, 10.)

     Service was ordered and, on August 14, 2015, waivers of service were returned executed by all four of the Defendants. (Doc. 14.) To date, Defendants have not responded to the Complaint.

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Defendants shall show cause in writing why default should not be entered against them, or alternatively, shall file a response to the Complaint in this action. The Clerk's Office is ordered to serve a copy of this order on Monica Anderson in the State Attorney General's Office.

**IT IS SO ORDERED**.

Dated: 10/22/15

Jennifer L. Thurston,
United States Magistrate Judge