# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>        Plaintiff,<br><br>    v.<br><br>LOPEZ, et al.,<br><br>        Defendants. | **Case No.  1:15-cv-00138-JLT (PC)**<br><br>**AMENDED SCHEDULING ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES NUNC PRO TUNC**<br><br>**(Doc. 25)**<br><br>Discovery Cut-Off Deadline:  12/15/2016<br>Dispositive Motion Deadline:  02/24/2017 |

On September 2, 2016, Plaintiff filed a motion to reopen discovery and extend the discovery deadline to December 15, 2016.  (Doc. 25.)  Defendants filed a statement of non-opposition in which they request that, if the discovery deadline is extended, that the Court extend the dispositive deadline to February 24, 2017.  (Doc. 26.)

**I. Modification of Scheduling Order**

Pursuant to F.R.Civ.P. 16(b)(3)(A), district courts must enter scheduling orders to establish deadlines for, among other things, to file motions and complete discovery.  "A schedule may be modified only for good cause and with the judge's consent."  F.R.Civ.P. 16(b)(4).  This standard "primarily considers the diligence of the party seeking the amendment."  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  However, there are a number of factors that may be considered such as:
> 1) whether trial is imminent, 2) whether the request is opposed, 3) whether the non-moving party would be prejudiced, 4) whether the

moving party was diligent in obtaining discovery within the guidelines established by the court, 5) the foreseeability of the need for additional discovery in light of the time allowed for discovery by the district court, and 6) the likelihood that the discovery will lead to relevant evidence.

*U.S. ex rel. Schumer v. Hughes Aircraft Co.*, 63 F.3d 1512, 1526 (9th Cir. 1995) *vacated on other grounds*, 520 U.S. 939, 117 S. Ct. 1871 (1997) citing *Smith v. United States,* 834 F.2d 166, 169 (10th Cir.1987).

Trial is not imminent and Defendants do not oppose the extension Plaintiff seeks. Further, Plaintiff's request is based on his transfer to various medical facilities for procedures, care, and treatment for unforeseen and serious medical conditions. An extension of both the discovery cut-off and dispositive motion filing deadlines are appropriate.

**ORDER**

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion to extend dates to modify the scheduling order, filed on September 2, 2016, is **GRANTED** and the Discovery and Scheduling Order is MODIFIED as follows:

    a. discovery is reopened and the deadline for completion of all discovery, including filing motions to compel is December 15, 2016; and

    b. the deadline for filing pre-trial dispositive motions is February 24, 2017; and

(2) All other requirements of the original Discovery and Scheduling Order (Doc. 19) remain in effect.

IT IS SO ORDERED.

Dated:   **September 6, 2016**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE