# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HUSKEY,<br><br>        Plaintiff,<br><br>   v.<br><br>LOPEZ, et al.,<br><br>        Defendants. | Case No. **1:15-cv-00138-JLT (PC)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 37, 38)** |

On September 28, 2017, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docs. 37, 38.)

In accordance with the parties' stipulation, the Court **ORDERS** that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

   Dated:   **September 29, 2017**                **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE